respondents appearing upon this appeal by separate attorneys and filing briefs, payable out of the estate. All concur.

Charles J. Colville, Appellant, Respondent, v. J. J. Carrick, Inc., Respondent, Appellant.— Order modified by striking out the provision which limits the attachment to the sum of $5,000 only, and as so modified the order is affirmed, and the motion to vacate the attachment is denied, with ten dollars costs and disbursements to plaintiff. All concur; De Angelis, J., not sitting.

Albert V. Schmitt, an Infant, etc., Respondent, v. City of Syracuse, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Frisbie & Stansfield Knitting Company, Appellant, v. The State of New York Respondent.— Motion for leave to appeal to Court of Appeals granted.

Joseph Sanesi and Another, Respondents, v. Western Union Telegraph Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

Carrie M. Bustin, as Executrix, etc., Respondent, v. C. T. Hookway Construction Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Fred S. Jackson, Respondent, v. Charles W. Strong and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

William J. Nevin, Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John S. Kellner, Appellant, v. Edward Kener, Jr., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Eastman Kodak Company, Respondent, v. Powers Film Products, Inc., Appellant, Impleaded, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John Wesley King, Respondent, v. Joseph J. Aldred, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The People of the State of New York ex rel. Occidental Lodge No. 766, F. & A. M., and Others, Respondents. v. William J. Burke and Others, as Assessors, etc., Appellants.— Motion for leave to appeal to Court of Appeals granted.

The People of the State of New York ex rel. Mizpah Lodge, No. 518, I. O. O. F., Respondent, v. William J. Burke and Others, as Assessors, etc., Appellants.— Motion for leave to appeal to Court of Appeals granted.

Simon Fleischmann, Respondent, v. Charles H. McCutcheon, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Judicial Settlement of the Accounts of James McCall